UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>NOSA OBAYANDO,<br><br>          Defendant. | Case No. 2:18-mj-00314-GWF<br><br>**ORDER** |

This matter is before the Court on the Parties' Stipulated Substitution of Counsel (ECF No. 18), filed on April 3, 2018.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Parties' Stipulated Substitution of Counsel (ECF No. 18) is **granted**.   The Clerk of the Court shall substitute Brian J. Smith, Esq. as counsel of record for Defendant in the place of Erin Gettel, Esq.

Dated this 6th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1