NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
SIMON KUNG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-00301-APG-VCF-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| NOSA FRANK OBAYANDO | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Emily McKillip</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 2nd day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                      .
    SIMON KUNG
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. NOSA FRANK OBAYANDO                             Docket No. 2:18-cr-00301-APG-VCF-2

Petition for Action on Conditions of Pretrial Release

      COMES NOW EMILY McKILLIP, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nosa Frank Obayando. The defendant initially appeared on March 28, 2018, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond pending his detention hearing, with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall use his/her true name only and shall not use any false identifiers.
3. The defendant shall not possess or use false or fraudulent access devices.
4. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
5. The defendant shall not obtain a passport or passport card.
6. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, Nevada.
7. The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary. Defendant is on lockdown status pending the status conference/detention hearing.
8. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
9. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
10. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
11. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
12. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

13. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
14. The defendant shall not violate federal, state, or local law.

On April 3, 2018, the defendant appeared before Judge Ferenbach for a status conference/detention hearing, and he was continued released on a personal recognizance bond subject to the above-listed conditions with the following condition removed:

1. The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary. Defendant is on lockdown status pending the status conference/detention hearing.

And the following condition added:

1. The defendant shall maintain residence with his brother and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On July 30, 2020, the defendant was cited for Battery by the Las Vegas Metropolitan Police Department.
2. The defendant failed to report this law enforcement contact to his officer, and was untruthful when asked if he had any contact with law enforcement.
3. The defendant has failed to call the phone reporting system on the following dates: November 7, 2019; November 28, 2019; December 5, 2019; March 26, 2020; April 2, 2020; May 7, 2020; July 2, 2020; August 6, 2020; August 27, 2020; September 3, 2020; September 24, 2020; and October 1, 2020.
4. The defendant failed to report for a random drug test on June 22, 2020.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 2nd day of October, 2020 and ordered filed and made a part of the records in the above case. | Executed on this 2nd day of October, 2020. |
| | Respectfully Submitted, |
| Honorable Cam Ferenbach<br>U.S. Magistrate Judge | Emily McKillip SPB<br>U.S. Pretrial Services Officer<br>Place: Las Vegas, Nevada |