THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| THE UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>NOSA FRANK OBAYANDO,<br><br>        Defendant. | 2:18-cr-00301-APG-VCF<br><br>DATE: February 28, 2022<br><br>JURY MEAL ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: February 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE