RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Nosa Frank Obayando

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOSA FRANK OBAYANDO,<br><br>Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Nosa Frank Obayando, that the Sentencing Hearing currently scheduled on August 30, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to receive the trial transcripts in Mr. Obayando's case and review the transcripts once they are received. The transcripts were ordered in April 2022. Additionally, time is needed to review, discovery, trial information,

investigate the case and gather mitigation information which is relevant to the sentencing disposition of this case.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 6th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Simon F. Kung*<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOSA FRANK OBAYANDO,<br><br>　　　　Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 30, 2022 at 1:30 p.m., be vacated and continued to <u>　November 2, 2022　</u> at the hour of <u>1:30 p</u>.m. in Courtroom 6C.

　　　DATED this <u>11th</u> day of July 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3