RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Nosa Frank Obayando

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>NOSA FRANK OBAYANDO,<br><br>              Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Nosa Frank Obayando, that the Sentencing Hearing currently scheduled on November 2, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Mr. Obayando's current counsel was unable to obtain the discovery in this case from his former counsel. On October 12, 2022, counsel for the defendant requested that the government reproduce the discovery, which the government has agreed to do. Counsel for the defendant needs additional time to receive the discovery in Mr. Obayando's case. Additionally,

time is needed to review, discovery, trial information, investigate the case and gather mitigation information which is relevant to the sentencing disposition of this case.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 13th day of October 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| | |
| /s/ Rebecca A. Levy | /s/ Richard Anthony Lopez |
| By_____ | By_____ |
| REBECCA A. LEVY | RICHARD ANTHONY LOPEZ |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00301-APG-VCF-2 |
| Plaintiff, | **ORDER** |
| v. | |
| NOSA FRANK OBAYANDO, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, November 2, 2022 at 1:30 p.m., be vacated and continued to February 1, 2023 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 18th day of October 2022.

_____
UNITED STATES DISTRICT JUDGE