RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Nosa Frank Obayando

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NOSA FRANK OBAYANDO,<br><br>  Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Nosa Frank Obayando, that the Sentencing Hearing currently scheduled on February 1, 2023 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review transcripts, discovery, trial information, and gather mitigation information which is relevant to the sentencing disposition of this case. Additional time is needed for defense counsel to speak to Mr. Obayando before filing the sentencing memorandum.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 20th day of January 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | /s/ Richard Anthony Lopez<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOSA FRANK OBAYANDO,<br><br>    Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, February 1, 2023 at 9:00 a.m., be vacated and continued to April 18, 2023 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 23rd day of January 2023.

_____
UNITED STATES DISTRICT JUDGE

3