1

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3

4

United States of America,

    Plaintiff,

5

6

    v.

7

Nosa Frank Obayando,

8

    Defendant.

Case No. 2:18-cr-00301-APG-VCF

**Order Permitting Copies of Non-Public Docket for Appellate Purposes**

9

10

    IT IS HEREBY ORDERED that the Clerk's Office provide copies of the

11

complete, non-public docket sheet to counsel for Nosa Frank Obayando and counsel

12

for the United States of America.

13

    **Dated**: May  5 , 2023.

14

15

_____

U.S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

4