UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Nosa Frank Obayando,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00301-APG-VCF<br><br>**Order Permitting Copies of Sealed Documents for Appellate Purposes** |

　　　IT IS HEREBY ORDERED that the Clerk's Office provide copies of the following sealed documents: ECF 111, ECF 122, and ECF 127, to counsel for Nosa Frank Obayando and counsel for the United States of America.

　　　**Dated**: May 10, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

4