# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00301-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| NOSA FRANK OBAYANDO, | |
| Defendant | |

On June 11, 2024, the Ninth Circuit vacated the restitution order for defendant Nosa Frank Obayando and remanded with instructions "to impose restitution in an amount of loss attributable only to the conduct that is the basis of the offense of conviction." ECF No. 180 at 9-10. Additionally, the Ninth Circuit "vacate[d] the thirteen discretionary standard conditions of supervised release included in Obayando's written judgment and remand[ed] so that the district court can cure its error by orally pronouncing any of the standard conditions of supervised release that it chooses to impose and by giving [Obayando] a chance to object to them." *Id.* at 10 (quotation omitted). The mandate issued on August 27, 2024. ECF No. 181. Through oversight, I failed to set the matter for resentencing, and that oversight has recently been brought to my attention.

I THEREFORE ORDER that by March 25, 2026, the parties shall file either a stipulation if they agree on how to proceed or a joint status report setting forth each side's position if they do not agree on how to proceed.

DATED this 4th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE